IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| THOMAS & VALERIE LYNCH, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 23-00267-CV-W-BP |
| BELFOR USA GROUP, INC., | ) |
| Defendant. | ) |

**CLERK'S ORDER OF DISMISSAL**

On the 29th day of January 2024, the parties herein filed a Joint Stipulation of Voluntary Dismissal with Prejudice,

IT IS ORDERED that Plaintiff's complaint is hereby **DISMISSED** with prejudice against Defendant Belfor USA Group, Inc. and Defendant's counterclaim is **DISMISSED** with prejudice against Plaintiff. Each party to bear their own fees and costs.

AT THE DIRECTION OF THE COURT

Paige Wymore-Wynn, Clerk of Court
 **/s/ Shauna Murphy-Carr**
Deputy Clerk

Date: January 30, 2024